UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
PROBATION OFFICE

FILED
SEP 17 2008
U. S. DISTRICT COURT
E. DIST. OF MO.

DOUGLAS W. BURRIS
CHIEF U.S. PROBATION OFFICER

RONALD G. SCHWEER
DEPUTY CHIEF PROBATION OFFICER

STEPHANIE M. BROWN
ASST. DEPUTY CHIEF PROBATION OFFICER



THOMAS F. EAGLETON U.S. COURTHOUSE
111 SOUTH 10TH STREET, SUITE 2.325
ST. LOUIS, MO 63102
314-244-6700
866-224-9866 (TOLL FREE)
314-244-6735(FAX)

RUSH HUDSON LIMBAUGH, SR. U.S. COURTHOUSE
555 INDEPENDENCE
SUITE 1100
CAPE GIRARDEAU, MO 63701
573-331-8980
800-373-6807 (TOLL FREE)
573-331-8986(FAX)

REPLY TO: ST. LOUIS OFFICE

RECEIVED
SEP 17 2008
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

September 17, 2008

Lori Miller-Taylor
Chief Deputy Clerk
Eastern District of Missouri
111 S. 10th Street, 3rd Floor
St. Louis, MO 63102

**RE: Poe, Jamal Laniere**
Docket No. CR92-307 SNL
TRANSFER OF JUDICIAL ASSIGNMENT

Dear Ms. Miller-Taylor:

The above named offender was sentenced by the Honorable Stephen N. Limbaugh. Based on a need to take action in this case, reassignment is requested.

Thank you in advance for your cooperation. If further information is needed please contact the undersigned at 244-6701.

Sincerely,

Scott A. Anders
Supervising U.S. Probation Officer

SAA:saa